

RMT

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

271 Cadman Plaza East
Brooklyn, New York 11201

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAR 19 2018 ★

**BROOKLYN OFFICE**

March 1, 2018

By Hand

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**MISC 18-0806**

COGAN, J.

Re:

Dear Judge Cogan:

      The Federal Bureau of Investigation ("FBI") is requesting authorization from the Court to dispose of two rifles and a rifle scope that were recovered in connection with a 2000 investigation. FBI policy requires a federal district judge to authorize the destruction of any such equipment before the case can be administratively closed by the FBI. The United States Attorney's Office concurs with the FBI's request, as the case is ready to be closed and there are no pending appeals. Accordingly, the government respectfully requests the Court issue the proposed order authorizing the destruction of the firearms and rifle scope.

      Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By: _____
Richard M. Tucker
Assistant U.S. Attorney
(718) 254-6204

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAR 19 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------X

IN THE MATTER OF THE DESTRUCTION
OF ITEMS BY THE FEDERAL
BUREAU OF INVESTIGATION

-------------------------------------X

ORDER

MISC 18-0806

COGAN, J.

Upon the motion of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Richard M. Tucker, for an order authorizing the destruction of the following items associated with Federal Bureau of Investigation Case No. 266A-NY-277552, as this case is ready for administrative closure, with no pending appeals or other litigation:

1. Savage Arms .22 caliber rifle, model #63, with missing serial number
2. Ruger .223 caliber Mini 14 rifle, serial no. 186 36567
3. Bushnell Ultra Vision rifle scope

IT IS HEREBY ORDERED that the Federal Bureau of Investigation may destroy the above-referenced items.

_____
THE HONORABLE BRIAN M. COGAN
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

Dated: March 1, 2018
Brooklyn, New York